HUBER, Respondent, vs. SEEGER and husband, Appellants.

*May 5—June 1, 1915.*

*Husband and wife: Liability of wife for torts: Bills and notes.*

A married woman is responsible for a tort committed by her when not under coercion by her husband, and may give a valid note in settlement of an action brought against her therefor.

APPEAL from a judgment of the circuit court for Ozaukee county: MARTIN L. LUECK, Circuit Judge. *Affirmed.*

*W. J. Kershaw,* for the appellants.

*James D. Shaw,* for the respondent.

WINSLOW, C. J. In an action upon a promissory note given by the defendant *Mathilda Seeger* and her husband jointly, in consideration of the settlement and discontinuance of a slander action brought by plaintiff against her and then pending, the defendants pleaded duress and fraud, but the court found on sufficient evidence that neither duress nor fraud existed and entered judgment for the plaintiff.

A married woman is responsible for a tort committed by her when not under coercion by her husband (*Jones v. Monson,* 137 Wis. 478, 119 N. W. 179) and she may doubtless give a valid note in settlement of an action brought against her therefor. The judgment must be affirmed.

*By the Court.*—It is so ordered.